## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MICHAEL GAYNOR**                                                                 **PLAINTIFF**

**V.**                          **CASE NO.: 5:11CV00023 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                 **DEFENDANT**


## JUDGMENT

   This case is remanded under sentence six of 42 U.S.C. § 405(g) for further

administrative action.

   DATED this 23rd day of June, 2011.


_____
UNITED STATES MAGISTRATE JUDGE